**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF LOUISIANA**

**IN RE: Reginald Johnson** **CASE NO.: 12-10216**
**Evelyn Johnson**

**DEBTORS** **CHAPTER 13 CASE**

**MOTION BY TRUSTEE TO DEPOSIT**
**FUNDS INTO THE TREASURY**

NOW COMES Annette C. Crawford, Trustee herein, who respectfully moves this Honorable Court for an order permitting her to deposit into the Treasury of the United States, pursuant to 28 U.S.C. 2041, the sum of $1172.30 representing surplus funds belonging to the above mentioned debtors. The Trustee attempted to send the funds to the debtors; however, the check was not negotiated in 60 days.

Dated: April 21, 2017

/s/ Annette C. Crawford
Annette C. Crawford
Chapter 13 Standing Trustee
8778 Goodwood Blvd.
Baton Rouge, LA 70806
(225) 928-2531