**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF LOUISIANA**

**IN RE:**
**Reginald Johnson**
**Evelyn Johnson**

**DEBTORS**

**CASE NO. 12-10216**

**CHAPTER 13**

**ORDER DIRECTING DEPOSIT INTO TREASURY**

CONSIDERING the trustee's Motion to Deposit Funds into the Treasury [P-112], the record of the case and applicable law,

IT IS ORDERED that funds in the total amount of $1172.30 be deposited into the Treasury of the United States in accordance with 28 U.S.C. 2041 by issuing a check made payable to the United States Bankruptcy Court, Middle District of Louisiana and held for the above named debtors.

Baton Rouge, Louisiana, April 21, 2017.

**s/ Douglas D. Dodd**
DOUGLAS D. DODD
UNITED STATES BANKRUPTCY JUDGE